FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 11 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 24-914 JB |
| ) | |
| vs. ) | 18 U.S.C. §§ 751(a) and 4082: Escape. |
| ) | |
| **DANNY DAN DON BROWN**, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

On or about January 4, 2023, in Bernalillo County, in the District of New Mexico, the defendant, **DANNY DAN DON BROWN**, knowingly escaped from custody in the Diersen Charities Residential Re-entry Center, an institutional facility in which he was lawfully confined at the direction of the Attorney General, and by virtue of a judgment and commitment of the United States District Court for the District of New Mexico, upon conviction for the commission of Second Degree Murder in Indian Country, in violation of 18 U.S.C. §§ 1111 and 1153.

In violation of 18 U.S.C. §§ 751(a) and 4082.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney